PLAVEC et al., Appellants, v. WAGNER, Respondent.

(200 N. W. 823.)

(File No. 5699.   Opinion filed December 2, 1924.)

Appeal from Circuit Court, Charles Mix County.

*J. L. Meighen,* of Yankton, for Appellants.
*Geo. M. Caster,* of Lake Andes, for Respondent.

PER CURIAM. This is an appeal from a judgment and order of the circuit court of Charles Mix county. Notice of appeal was served and filed July 28, 1924. No other papers have been filed in said case.

The appellants having failed to comply with rules 5, 6, 7, and 13 of this court relating to appeals, this appeal is deemed abandoned, and the judgment and order appealed from are affirmed.